IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TOMMIE PAIREE JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv636-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

On February 15, 2011 (Doc. No. 22), Petitioner, through counsel, filed a Motion to Dismiss requesting that this court dismiss without prejudice his motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255.

Upon consideration of this motion, and for good cause, it is hereby ORDERED that:

1. Petitioner's Motion to Dismiss (Doc. No. 22) is GRANTED;

    and

2. This action is DISMISSED without prejudice.

Done this 16th day of February, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE